**Opinion issued September 5, 2013**



**In The**

# Court of Appeals

**For The**

# First District of Texas

_____

**NO. 01-13-00350-CV**
_____

**CONSOLIDATED MEDICAL INSTRUMENTS, INC. FKA SARBALI OIL, INC., IMRAN PATEL, SADAF PATEL, AND IRFAN PATEL, Appellants**

**V.**

**ASHLAND REAL ESTATE COMPANY 401K PLAN, Appellee**

---

**On Appeal from the County Civil Court at Law No. 2**
**Harris County, Texas**
**Trial Court Cause No. 1007411**

---

**MEMORANDUM OPINION**

Appellants, Consolidated Medical Instruments, Inc. fka Sarbali Oil, Inc.,

Imran Patel, Sadaf Patel, and Irfan Patel, have filed an unopposed motion to

dismiss the appeal.  No opinion has issued.  Accordingly, we grant the motion and dismiss the appeal.  *See* TEX. R. APP. P. 42.1(a)(1).  We dismiss all other pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Bland and Huddle.